## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE:

| | | |
|---|---|---|
| **Thomas, Bonnie Lou** | § | CASE NO. 10-61594 |
| | § | |
| DEBTORS | § | CHAPTER 13 |

### NOTICE OF JOINT DEBTOR CHANGE OF ADDRESS FOR THE COURT

The above-named Debtor(s) file this notice of change of address with the Court:

Bonnie Lou Thomas
3204 Cantabrian Drive
Killeen, TX 76542

Respectfully Submitted,

*/s/ Vicki L. Carlson*
Vicki L. Carlson
SBN #24027669
400 West Jasper Road
P.O. Box 10520
Killeen, Texas 76547
(254)526-5688
(254)526-8204 FAX
Attorney for Debtor

.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Change of address was served on the parties listed below on December 8, 2015

*/s/ Vicki L. Carlson*
Vicki L. Carlson

**Via Electronic Mail**
Ray Hendren, Trustee
3410 Far West Blvd, Suite 200
Austin, TX 78737

info@rayhendren13.com

United States Trustee
903 E. San Jacinto Blvd.
Room 230
Austin, TX   78701

**Via Regular Mail**
Bonnie Thomas
149 Grandville Rd
Brulinton, WV   26710